Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRI ANN CRANSTON,<br><br>Defendant. | **CR-12-15-RMP**<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C) Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin (Counts 1-3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(i) Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin (Count 4) |

The Grand Jury Charges:

### COUNT 1

That on or about June 8, 2011, in the Eastern District of Washington, TERRI ANN CRANSTON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

### COUNT 2

That on or about June 10, 2011, in the Eastern District of Washington, TERRI ANN CRANSTON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

INDICTMENT - 1
P20202RC.RSB.wpd

## COUNT 3

That on or about June 14, 2011, in the Eastern District of Washington, TERRI ANN CRANSTON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

That on or about June 14, 2011, in the Eastern District of Washington, TERRI ANN CRANSTON did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

DATED this 7 day of February, 2012.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Russell E. Smoot
Assistant United States Attorney

INDICTMENT - 2
P20202RC.RSB.wpd