◆ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 07 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.         Terri Ann Cranston         Docket No.         2:12CR00015-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Terri Ann Cranston, who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Spokane, Washington, on the 12th day of March 2012, under the following conditions:

**Condition #18:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to injecting heroin on September 5, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/07/2012

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 7, 2012
Date